UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

PATRICK M. HINES,
on behalf of himself and
all others similarly situated,

    Plaintiff,

v.

FOCUS RECEIVABLES MANAGEMENT, LLC.

    Defendant.
_____/

# CLASS ACTION COMPLAINT
## JURY DEMAND

1. Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq*. ("FDCPA").

## JURISDICTION AND VENUE

2. This Court has jurisdiction under 28 U.S.C. §§1331, 1337 and 15 U.S.C. §1692k. Venue in this District is proper because Plaintiff resides here and Defendant placed telephone calls into this District.

## PARTIES

3. Plaintiff, PATRICK M. HINES, is a natural person, and citizen of the State of Florida, residing in Broward County, Florida

4. Defendant, FOCUS RECEIVABLES MANAGEMENT, LLC., is a limited liability company and citizen of the State of Georgia with its principal place of business at Suite 150, 1150 Northchase Parkway, Marietta, Georgia 30067

5. Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

6. Defendant regularly collects or attempts to collect debts for other parties.

7. Defendant is a "debt collector" as defined in the FDCPA.

## FACTUAL ALLEGATIONS

8. Defendant sought to collect from Plaintiff a debt allegedly due DirecTV incurred for personal, family or household purposes.

9. Defendant left the following pre-recorded message on Plaintiff's voice mail on or about the date stated:

> February 22, 2010 at 3:15 PM – Pre-recorded Message
> Matter. Please return the call to 1-866-664-2513. Again, the number is 1-866-664-2513.  Our regular business hours are Monday through Thursday, 8:30 AM to 9 PM and Friday, 8:30 AM to 5:30 PM. Again, the number is 1-866-664-2513.
>
> February 22, 2010 at 8:49 PM – Pre-recorded Message
> 6-664-2513.  Our regular business hours are Monday through Thursday, 8:30 AM to 9 PM and Friday, 8:30 AM to 5:30 PM. Again, the number is 1-866-664-2513.
>
> February 23, 2010 at 12:44 PM – Pre-recorded Message

6-664-2513.  Our regular business hours are Monday through Thursday, 8:30 AM to 9 PM and Friday, 8:30 AM to 5:30 PM. Again, the number is 1-866-664-2513.

February 24, 2010 at 7:55 PM – Pre-recorded Message
6-664-2513.  Our regular business hours are Monday through Thursday, 8:30 AM to 9 PM and Friday, 8:30 AM to 5:30 PM. Again, the number is 1-866-664-2513.

February 25, 2010 at 6:51 PM – Pre-recorded Message
66-664-2513.  Our regular business hours are Monday through Thursday, 8:30 AM to 9 PM and Friday, 8:30 AM to 5:30 PM. Again, the number is 1-866-664-2513.

February 26, 2010 at 12:05 PM – Pre-recorded Message
664-2513.  Our regular business hours are Monday through Thursday, 8:30 AM to 9 PM and Friday, 8:30 AM to 5:30 PM. Again, the number is 1-866-664-2513.

February 27, 2010 at 8:46 PM – Pre-recorded Message
664-2513.  Our regular business hours are Monday through Thursday, 8:30 AM to 9 PM and Friday, 8:30 AM to 5:30 PM. Again, the number is 1-866-664-2513.

March 1, 2010 at 8:45 AM – Pre-recorded Message
66-664-2513.  Our regular business hours are Monday through Thursday, 8:30 AM to 9 PM and Friday, 8:30 AM to 5:30 PM. Again, the number is 1-866-664-2513.

March 4, 2010 at 8:44 PM – Pre-recorded Message
66-664-2513.  Our regular business hours are Monday through Thursday, 8:30 AM to 9 PM and Friday, 8:30 AM to 5:30 PM. Again, the number is 1-866-664-2513.

March 10, 2010 at 6:28 PM – Pre-recorded Message
6-664-2513.  Our regular business hours are Monday through Thursday, 8:30 AM to 9 PM and Friday, 8:30 AM to 5:30 PM. Again, the number is 1-866-664-2513.

March 11, 2010 at 5:59 PM – Pre-recorded Message

Again, the number is 1-866-664-2513.  Our regular business hours are Monday through Thursday, 8:30 AM to 9 PM and Friday, 8:30 AM to 5:30 PM. Again, the number is 1-866-664-2513.

March 12, 2010 at 3:52 PM – Pre-recorded Message
2573. Again, the number is 1-866-664-2513.  Our regular business hours are Monday through Thursday, 8:30 AM to 9 PM and Friday, 8:30 AM to 5:30 PM. Again, the number is 1-866-664-2513.

March 12, 2010 at 10:15 AM – Pre-recorded Message
6-664-2513.  Our regular business hours are Monday through Thursday, 8:30 AM to 9 PM and Friday, 8:30 AM to 5:30 PM. Again, the number is 1-866-664-2513.

March 12, 2010 at 7:25 PM – Pre-recorded Message
6-664-2513.  Our regular business hours are Monday through Thursday, 8:30 AM to 9 PM and Friday, 8:30 AM to 5:30 PM. Again, the number is 1-866-664-2513.

March 15, 2010 at 10:00 AM – Pre-recorded Message
866-664-2513.  Our regular business hours are Monday through Thursday, 8:30 AM to 9 PM and Friday, 8:30 AM to 5:30 PM. Again, the number is 1-866-664-2513.

March 16, 2010 at 10:35 AM – Pre-recorded Message
866-664-2513.  Again, the number is 1-866-664-2513. Our regular business hours are Monday through Thursday, 8:30 AM to 9 PM and Friday, 8:30 AM to 5:30 PM. Again, the number is 1-866-664-2513.

March 17, 2010 at 9:59 AM – Pre-recorded Message
The number is 1-866-664-2513. Our regular business hours are Monday through Thursday, 8:30 AM to 9 PM and Friday, 8:30 AM to 5:30 PM. Again, the number is 1-866-664-2513.

March 18, 2010 at 10:10 AM – Pre-recorded Message
(Inaudible) matter. Please return the call to 1-866-664-2513. Again, the number is 1-866-664-2513. Our regular business hours are Monday through Thursday, 8:30 AM to 9 PM and Friday, 8:30 AM to 5:30 PM. Again, the number is 1-866-664-2513.

<u>March 19, 2010 at 8:43 AM – Pre-recorded Message</u>
Again, the number is 1-866-664-2513. Our regular business hours are Monday through Thursday, 8:30 AM to 9 PM and Friday, 8:30 AM to 5:30 PM. Again, the number is 1-866-664-2513.

<u>March 26, 2010 at 6:58 PM – Pre-recorded Message</u>
(Inaudible) 13. Again, the number is 1-866-664-2513. Our regular business hours are Monday through Thursday, 8:30 AM to 9 PM and Friday, 8:30 AM to 5:30 PM. Again, the number is 1-866-664-2513.

<u>March 28, 2010 at 4:52 PM – Pre-recorded Message</u>
Again, the number is 1-866-664-2513. Our regular business hours are Monday through Thursday, 8:30 AM to 9 PM and Friday, 8:30 AM to 5:30 PM. Again, the number is 1-866-664-2513.

<u>March 29, 2010 at 11:58 AM – Pre-recorded Message</u>
(Inaudible) please return the call to 1-866-664-2513. Again, the number is 1-866-664-2513. Our regular business hours are Monday through Thursday, 8:30 AM to 9 PM and Friday, 8:30 AM to 5:30 PM. Again, the number is 1-866-664-2513.

<u>April 5, 2010 at 10:31 AM – Pre-recorded Message</u>
Please return the call to 1-866-664-2513. Again, the number is 1-866-664-2513. Our regular business hours are Monday through Thursday, 8:30 AM to 9 PM and Friday, 8:30 AM to 5:30 PM. Again, the number is 1-866-664-2513.

10. Based upon information and belief, Defendant left similar or identical messages on other occasions. (Collectively, "the telephone messages").

11. The telephone messages are "communications" as defined by 15 U.S.C. §1692a(2). See <u>Berg v. Merchs. Ass'n Collection Div</u>., Case No. 08-60660-Civ-Dimitrouleas/Rosenbaum, 2008 U.S. Dist. LEXIS 94023 (S.D. Fla. Oct. 31, 2008).

12. The full text of Defendant's standard pre-recorded message that it uses to collect debts from Florida consumers reads as follows:

> This is not a sales or solicitation call. This is an important business matter that needs your attention. Please return this call to 1-866-664-2513 during our normal business hours, which are Monday and Friday 8 to 5, and Tuesday through Thursday 12 noon to 9 PM. Again, this is an important business matter that needs your attention. Thank you.

13. Defendant, FOCUS RECEIVABLES MANAGEMENT, LLC, failed to inform Plaintiff in the messages that the communication was from a debt collector and failed to disclose the purpose of its messages and failed to disclose its name.

## FAILURE TO DISCLOSE STATUS AS DEBT COLLECTOR

14. Plaintiff incorporates Paragraphs 1 through 13.

15. Defendant failed to disclose in the telephone messages that it is a debt collector in violation of 15 U.S.C. §1692e(11). See *Foti v. NCO Fin. Sys.*, 424 F. Supp. 2d 643, 646 (D.N.Y. 2006) and *Belin v. Litton Loan Servicing*, 2006 U.S. Dist. LEXIS 47953 (M. D. Fla. 2006) and *Leyse v. Corporate Collection Servs.*, 2006 U.S. Dist. LEXIS 67719 (D.N.Y. 2006).

## FAILURE TO MAKE MEANINGFUL DISCLOSURE OF IDENTITY

16. Plaintiff incorporates Paragraphs 1 through 13.

17. Defendant placed telephone calls to Plaintiff without making meaningful disclosure of its identity when it failed to disclose its name and thus the

6

purpose of its communication in the telephone messages in violation of 15 U.S.C §1692d(6). See *Valencia v The Affiliated Group, Inc*., Case No. 07-61381-Civ-Marra/Johnson, 2008 U. S. Dist. LEXIS 73008, (S.D.Fla., September 23, 2008); *Wright v. Credit Bureau of Georgia, Inc.*, 548 F. Supp. 591, 593 (D. Ga. 1982); and *Hosseinzadeh v. M.R.S. Assocs.*, 387 F. Supp. 2d 1104 (D. Cal. 2005).

## CLASS ACTION ALLEGATIONS

18. Plaintiff incorporates the foregoing paragraphs.

19. This action is brought on behalf of a class defined as:

   a. all Florida residents for whom Defendant left a pre-recorded telephone message in which it failed to disclose that the communication was from a debt collector and failed to disclose its name or the purpose of the call,

   b. in an attempt to collect a debt incurred for personal, family, or household purposes,

   c. arising from a debt allegedly due DirecTV,

   d. during the one-year period prior to the filing of the complaint in this matter through the date of class certification.

20. Plaintiff alleges on information and belief based on the use of uniform telephone messages that the class is so numerous that joinder of all members is impractical.

21. There are questions of law and fact common to the class, which common issues predominate over any issues involving only individual class members. The principal issues are:

   a. whether Defendant's messages violate the FDCPA and

   b. whether Defendant is a debt collector.

22. The claims of Plaintiff are typical of those of the class members. All are based on the same facts and legal theories.

23. Plaintiff will fairly and adequately protect the interests of the class. Plaintiff has retained counsel experienced in handling actions involving unlawful practices under the FDCPA and class actions. Neither Plaintiff nor his counsel have any interests which might cause them not to vigorously pursue this action.

24. Certification of a class under Rule 23(b)(2) of the Federal Rules of Civil Procedure is appropriate in that Defendant has acted on grounds generally applicable to the class thereby making appropriate declaratory relief with respect to the class as a whole.

25. Certification of the class under Rule 23(b)(3) of the Federal Rules of Civil Procedure is also appropriate in that:

   a. The questions of law or fact common to the members of the classes predominate over any questions affecting an individual member.

   b.  A class action is superior to other available methods for the fair and efficient adjudication of the controversy

WHEREFORE, Plaintiff, PATRICK M. HINES, requests that the Court enter judgment in favor of himself and the class and against FOCUS RECEIVABLES MANAGEMENT, LLC. for:

   a.  Certification of this matter to proceed as a class action;

   b.  Statutory damages pursuant to 15 U.S.C. §1692k(a)(2)(B);

   c.  Attorney's fees, litigation expenses and costs of suit; and

   d.  Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

            Respectfully submitted,

            DONALD A. YARBROUGH, ESQ.
            Attorney for Plaintiff
            Post Office Box 11842
            Fort Lauderdale, Florida 33339
            Telephone: (954) 537-2000
            Facsimile: (954) 566-2235
            donyarbrough@mindspring.com

            s/Donald A. Yarbrough
            Donald A. Yarbrough, Esq.
            Florida Bar No. 0158658