UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-60634-CIV-ROSENBAUM

PATRICK M. HINES,

        Plaintiff,

v.

FOCUS RECEIVABLES MANAGEMENT, LLC,

        Defendant.
_____/

## ORDER GRANTING PLAINTIFF'S MOTION FOR FINAL JUDGMENT

      This matter is before the Court on Plaintiff Patrick M. Hines's Motion for Entry of Final Judgment [D.E. 58].  In his Motion, Plaintiff seeks the entry of final judgment consistent with his acceptance of Defendant Focus Receivables Management, LLC's Offer of Judgment [D.E. 57-1]. Upon review of Defendant's Offer of Judgment, Plaintiff's Acceptance of Defendant's Offer of Judgment [D.E. 57] and the record, for good cause shown, it is hereby **ORDERED and ADJUDGED** that Plaintiff's Motion for Entry of Final Judgment [D.E. 58] is **GRANTED**. Pursuant to Rule 58(a), Fed. R. Civ. P., Final Judgment consistent with the accepted Offer of Judgment shall be issued separately in this case.

      **DONE and ORDERED** at Fort Lauderdale, Florida, this 25th day of July 2012.

                                                       ROBIN S. ROSENBAUM
                                                     UNITED STATES DISTRICT JUDGE

copies:      Counsel of Record